THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEPHON COLE**
**ADC # 155855**                                                                                          **PLAINTIFF**

**v.**                             **Case No. 2:21-cv-00079-KGB**

**DEXTER PAYNE,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so ordered this 2nd day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge